UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN BILL WIGGS,

                    Plaintiff,

v.

ADAM CLARNO, et al.,

                    Defendants.

No. 3:18-CV-05815-RJB-DWC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 48).

(2)     Plaintiff's Motion for Default is denied.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 17th day of April, 2019.

_Robert J. Bryan_
ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1