UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NATHAN BILL WIGGS,

        Plaintiff,

v.

ADAM CLARNO, et al.,

        Defendants.

No. 3:18-CV-05815-RJB-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation (Dkt. 56).

(2)     Defendants' Motion for Summary Judgment (Dkt. 36) is granted. Plaintiff's Motion for Relief from Deadline (Dkt. 52) is denied. The Complaint is dismissed without prejudice for failure to exhaust and this case is closed.

(3)     The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 13th day of May, 2019.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1